Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−20884−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antonio De Oliveira
   1080 gruber Avenue
   Union, NJ 07083

Social Security No.:
   xxx−xx−7563

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/25/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 25, 2018
JAN: mcp

                                    Jeanne Naughton
                                    Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                                Case No. 18-20884-VFP
Antonio De Oliveira                                                   Chapter 13
            Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin               Page 1 of 2           Date Rcvd: Jul 25, 2018
                              Form ID: 148              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2018.
db             +Antonio De Oliveira,    1080 gruber Avenue,    Union, NJ 07083-5008
517654561      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517561339      +Cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
517561338      +Cbna,   Po Box 1990,    Tempe, AZ 85280-1990
517630399      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517561350       Us Bank,   1100 Soo Line Bldg,    Minneapolis, MN 55402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 25 2018 23:37:33      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 25 2018 23:37:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517629768       EDI: BECKLEE.COM Jul 26 2018 03:03:00     American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517561334      +EDI: AMEREXPR.COM Jul 26 2018 03:03:00     Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
517561333       EDI: AMEREXPR.COM Jul 26 2018 03:03:00     Amex,    P O Box 7871,   Fort Lauderdal, FL 33329
517561335      +EDI: BANKAMER.COM Jul 26 2018 03:03:00     Bk Of Amer,    Pob 15026,    Wilmington, DE 19850-5026
517561336      +EDI: BANKAMER2.COM Jul 26 2018 03:03:00     Bk Of Amer,    Pob 17054,
                 Wilmington, DE 19884-0001
517561340      +EDI: CHASE.COM Jul 26 2018 03:03:00     Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517561343      +EDI: CITICORP.COM Jul 26 2018 03:03:00     Citi,    Pob 6241,   Sioux Falls, SD 57117-6241
517640702      +EDI: CITICORP.COM Jul 26 2018 03:03:00     Citibank, N.A.,    Citibank, N.A.,
                 701 East 60th Street North,    Sioux Falls, SD 57104-0493
517561346       EDI: DISCOVER.COM Jul 26 2018 03:03:00     Discoverbank,    Pob 15316,    Wilmington, DE 19850
517581755      +EDI: DISCOVER.COM Jul 26 2018 03:03:00     Discover Bank,    Discover Products Inc,    POB 3025,
                 New Albany Ohio 43054-3025
517561345      +EDI: DISCOVER.COM Jul 26 2018 03:03:00     Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
517561347       E-mail/Text: camanagement@mtb.com Jul 25 2018 23:37:04      M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
517662092       E-mail/Text: camanagement@mtb.com Jul 25 2018 23:37:04      M&T Bank,    PO Box 840,
                 Buffalo, NY 14240
517561349      +EDI: SEARS.COM Jul 26 2018 03:03:00     Sears/Cbna,    13200 Smith Rd,
                 Cleveland, OH 44130-7856
517561348      +EDI: SEARS.COM Jul 26 2018 03:03:00     Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
517652956       EDI: USBANKARS.COM Jul 26 2018 03:03:00     U.S. Bank National Association,
                 Bankruptcy Department,    PO Box 108,   St. Louis MO 63166-0108
517561351       EDI: USBANKARS.COM Jul 26 2018 03:03:00     Us Bank,    4325 17th Ave Sw,    Fargo, ND 58125
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517561337       Capital One
517561341       Chase Card
517561342*     +Chase Card,    P.O. Box 15298,   Wilmington, DE 19850-5298
517561344*     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
                                                                                   TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Jul 25, 2018
                              Form ID: 148             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Moses Apsan    on behalf of Debtor Antonio De Oliveira moses@apsanlaw.com, jjuliao@apsanlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 4
```